The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAUREN A. DODSON,

                              Plaintiff,

        v.

TROY E. MEINK, Secretary of the Air Force,
*et. al.*

                              Defendants.

Case No.  3:25-cv-06057-JNW

STIPULATED MOTION TO DISMISS PARTIES

NOTED FOR CONSIDERATION:

FEBRUARY 18, 2026

The parties stipulate to dismiss the United States Department of the Air Force and Darren Powell as defendants in this action. Troy E. Meink, Secretary of the Air Force, remains as a defendant in this action.

        IT IS SO STIPULATED.

//

//

//

//

//

STIPULATED MOTION TO DISMISS PARTIES
[Case No. 3:25-cv-06057-JNW] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Dated this 18th day of February, 2026.

Respectfully submitted,

*s/ James C. Strong*

JAMES C. STRONG, WSBA #59151
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: james.strong@usdoj.gov

*Attorneys for Defendant*

*I certify this document contains 40 words in compliance with the Local Civil Rules.*

*s/ Edward Earl Younglove*

EDWARD EARL YOUNGLOVE, WSBA #5873

*s/ Lisa M. Wood*

LISA M. WOOD, WSBA #58516
Younglove Coker & Rhodes P.L.L.C.
1800 Cooper Point Road SW, Bldg. 16
P.O. Box 7846
Olympia, Washington 98507
Phone: 360-357-7791
Email: edy@ylclaw.com
        lwood@ylclaw.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO DISMISS PARTIES
[Case No. 3:25-cv-06057-JNW] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## **ORDER**

Pursuant to the parties' stipulation, the United States Department of the Air Force and Darren Powell are DISMISSED as defendants in this action. Troy E. Meink, Secretary of the Air Force, remains as a defendant in this action.

DATED this 19th day of February, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION TO DISMISS PARTIES
[Case No. 3:25-cv-06057-JNW] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970